IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02791-BNB

VITO J. KERSHAW,

    Plaintiff,

v.

THE PEOPLE OF COLORADO,
NANCY A. DOTY,
CRYSTAL S. YUSTEN,
SHERRIE O'BRIEAN, and
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Vito J. Kershaw, has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the Prisoner Complaint liberally because Mr. Kershaw is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Kershaw will be ordered to file an amended pleading.

The court has reviewed the Prisoner Complaint filed by Mr. Kershaw and finds that it is deficient. First, Mr. Kershaw fails to comply with Rule 10.1J. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, which provides that "[p]arties shall be listed in a caption with one party per line. The proper name of a party shall be in capital letters, and any identifying text shall be in upper and

lower case immediately following the proper name." As a result, it is not entirely clear who Mr. Kershaw is suing in this action.

More importantly, Mr. Kershaw fails to assert any specific claims that his federal rights have been violated in any way. Mr. Kershaw complains only that a transcript of a state court hearing, which apparently is relevant to an ongoing state court appeal, is incomplete and he asks the court to investigate. He does not assert any statutory authority that would authorize this court to grant the relief he seeks. As noted above, Mr. Kershaw asserts his claims pursuant to 42 U.S.C. § 1983. However, § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999). "[T]he purpose of § 1983 is to deter state actors from using the badge of their authority to deprive individuals of their federally guaranteed rights and to provide relief to victims if such deterrence fails." ***Wyatt v. Cole***, 504 U.S. 158, 161 (1992). Therefore, unless Mr. Kershaw's federal rights somehow have been violated, he may not pursue his claims in this court pursuant to § 1983.

For these reasons, Mr. Kershaw will be directed to file an amended complaint that clarifies his claims if he wishes to pursue those claims in this action. Mr. Kershaw is advised that, in order to state a claim in federal court, he "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Furthermore, the general rule that *pro se* pleadings must be construed liberally

has limits and "the court cannot take on the responsibility of serving as the litigant's attorney in constructing arguments and searching the record." ***Garrett v. Selby Connor Maddux & Janer***, 425 F.3d 836, 840 (10th Cir. 2005). Accordingly, it is

ORDERED that Mr. Kershaw file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the court's local rules and clarifies the claims he is asserting in this action. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Kershaw, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Kershaw fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED December 17, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02791-BNB

Vito Joseph Kershaw
Prisoner No. 200800011265/138630
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 12/17/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk